GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊗ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Labour

| Item No. | Description / Remarks | Engine Section | Qty / Unit | Sales Price EA USD | Sales Price Total USD | Warranty USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|
| 1 | FP Routine Labour<br>Including the workscope as per proposal and the technical documentation | CF34-10 Engine | 1 EA | 55.000,00 | 55.000,00 | | 55.000,00 |
| 2 | FP Preparation to Ship<br>Preparation to Ship | CF34-10 Engine | 1 EA | 1.350,00 | 1.350,00 | | 1.350,00 |
| 3 | FP Testrun including fuel & oil<br>Fixed price testrun | CF34-10 Engine | 1 EA | 22.000,00 | 22.000,00 | | 22.000,00 |

**Total Amount:**          **78.350,00**

**ALC0109**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### CF34-10 Engine - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 2071M84G01 | RING-EXTENSION - LOWER | 1 EA | 4.017,00 | 4.017,00 | 401,70 | 4.418,70 | | 4.418,70 |
| | | Coating damaged | | | | 10,00 | | | |
| 5 | 2072M32G04 | ACOUSTIC PANEL-FAN STATOR AFT OUTER | 1 EA | 6.289,00 | 6.289,00 | 628,90 | 6.917,90 | | 6.917,90 |
| | | Broken, fractured | | | | 10,00 | | | |

**Total Amount:** **11.336,60**

**ALC0110**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**⊗ Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## QEC - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 6 | AS1895-1-300 | COUPLING | 1 EA | 862,00 | 862,00 | 86,20 | 948,20 | | 948,20 |
| | | Thread damaged | | | | 10,00 | | | |
| 7 | 2486M78G01 | BRACKET-ELECTRICAL - W4 | 1 EA | 548,00 | 548,00 | 54,80 | 602,80 | | 602,80 |
| | | SB72-0200 | | | | 10,00 | | | |

**Total Amount:**          **1.551,00**

**ALC0111**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊖ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## QEC - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 8 | AS1895-1-300 | COUPLING | 2 EA | Inhouse | 52,00 | | 52,00 | | 52,00 |
| | | Dry Film Lubricant | | | | | | | |
| 9 | AS1895-4-300 | COUPLING | 1 EA | Inhouse | 26,00 | | 26,00 | | 26,00 |
| | | Dry Film Lubricant | | | | | | | |

**Total Amount:** **78,00**

ALC0112

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊙ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### FAN - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 10 | B1316-04154 | MANIFOLD-OIL | 1 EA | 3.037,00 | 3.037,00 | 303,70 | 3.340,70 | | 3.340,70 |
| | | Replaced i.a.w. SB72-0267 | | | | 10,00 | | | |
| 11 | B1316-04156 | NOZZLE NO.2 BRG | 1 EA | 1.462,00 | 1.462,00 | 146,20 | 1.608,20 | | 1.608,20 |
| | | Replaced i.a.w. SB72-0267 | | | | 10,00 | | | |
| 12 | 2050M38P02 | SHIM, STG 1 FAN ROTOR BLADE | 4 EA | 491,25 | 1.965,00 | 196,50 | 2.161,50 | | 2.161,50 |
| | | Coating chipped | | | | 10,00 | | | |
| 13 | 2290M62G01 | BRACKET-WIRING W3 | 1 EA | 1.866,00 | 1.866,00 | 186,60 | 2.052,60 | | 2.052,60 |
| | | Thread damage, missing nut, bent | | | | 10,00 | | | |

**Total Amount:**     **9.163,00**

**ALC0113**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 2032M97G02 | OGV FAN STATOR VANE<br>Metal L/E replacement | 1 EA | Subcon | 859,51 | | 859,51 | | 859,51 |
| 15 | 2032M97G02 | OGV FAN STATOR VANE<br>Metal L/E replacement | 1 EA | Subcon | 859,52 | | 859,52 | | 859,52 |
| 16 | 2050M38P02 | SHIM, STG 1 FAN ROTOR BLADE<br>Lubricant application | 20 EA | Inhouse | 520,00 | | 520,00 | | 520,00 |
| 17 | 2050M62P03 | SPACER<br>Lubricant application | 4 EA | Inhouse | 104,00 | | 104,00 | | 104,00 |
| 18 | 2050M62P03 | SPACER<br>Lubricant application | 20 EA | Inhouse | 520,00 | | 520,00 | | 520,00 |
| 19 | 2050M62P03 | SPACER<br>Stripping, NDT, Shot Peening, Thermal Spraying and Painting | 4 EA | Subcon | 919,96 | 55,20<br>6,00 | 975,16 | | 975,16 |
| 20 | 2070M18G02<br>DED65029 | CASE-AFT FAN<br>Coating Replacement and Corrosion Repair | 1 EA | Inhouse | 150,00 | | 150,00 | | 150,00 |
| 21 | 2225M27P02<br>JHV601HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | 184,00 | | 184,00 |
| 22 | 2225M27P02<br>JHV031HB | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | 184,00 | | 184,00 |
| 23 | 2225M27P02<br>JHV882HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | 184,00 | | 184,00 |
| 24 | 2225M27P02<br>JHV883HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | 184,00 | | 184,00 |
| 25 | 2225M27P02<br>JHV873HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | 184,00 | | 184,00 |
| | | | | | | **carried forward** | | | **4.908,19** |

ALC0114

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Discount USD / Discount % | Subtotal USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **brought forward** | | | **4.908,19** |
| 26 | 2225M27P02 JHV638HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 27 | 2225M27P02 JHV880HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 28 | 2225M27P02 JHV797HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 29 | 2225M27P02 JHV631HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 30 | 2225M27P02 JHV798HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 31 | 2225M27P02 JHV525HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 32 | 2225M27P02 JHV924HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 33 | 2225M27P02 JHV362HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 34 | 2225M27P02 JHV532HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 35 | 2225M27P02 JHV395HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 36 | 2225M27P02 JHV799HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 37 | 2225M27P02 JHV025HB | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 38 | 2225M27P02 JHV562KB | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| | | | | | | | | **carried forward** | | | **7.300,19** |

Page 7 of 23

ALC0115

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Discount USD / Discount % | Subtotal USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | brought forward | | | 7.300,19 |
| 39 | 2225M27P02 JHV501HU | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 40 | 2225M27P02 JHV871HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 41 | 2225M27P02 JHV530HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 42 | 2225M27P02 JHV605HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 43 | 2225M27P02 JHV607HA | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 44 | 2225M27P02 JHV030HB | BLADE, FAN ROTOR STG. 1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 45 | 2291M24G01 | TUBE-AIR - PRESS. modification i.a.w. SB72-0249 | 1 EA | Inhouse | 446,00 | | | | 446,00 | | 446,00 |

**Total Amount:** **8.850,19**

**ALC0116**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Exchange of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Exch. Fee USD / Exch. Fee % | ValueComp. USD/ ValueComp. % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 46 | 2032M97G02 | OGV FAN STATOR VANE | 1 EA | 6.867,00 | 6.867,00 | 1.030,05 |  | 1.030,05 |
|  |  |  |  |  |  | 15,00 |  |  |
| 47 | 2032M97G02 | OGV FAN STATOR VANE | 1 EA | 6.867,00 | 6.867,00 | 1.030,05 |  | 1.030,05 |
|  |  |  |  |  |  | 15,00 |  |  |
| 48 | 2050M62P03 | SPACER | 4 EA | 1.728,00 | 6.912,00 | 1.036,80 |  | 1.036,80 |
|  |  |  |  |  |  | 15,00 |  |  |

**Total Amount:**          **3.096,90**

**ALC0117**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**⊘ Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Core - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 2044M77P01 | RETAING RING | 1 EA | 2.703,00 | 2.703,00 | 270,30 | 2.973,30 | | 2.973,30 |
| | | Dimension out of limits | | | | 10,00 | | | |

**Total Amount:**      **2.973,30**

**ALC0118**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**⊗ Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## HPT - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 9125M42P05 | RING-SEAL - AIR DUCT | 1 EA | 807,00 | 807,00 | 80,70 | 887,70 | | 887,70 |
| | | Worn | | | | 10,00 | | | |

**Total Amount:**      **887,70**

**ALC0119**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**



| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### LPT - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 51 | 2226M51P04 | BRG-ROLLER CYLINDRICAL NO. 5 | 1 EA | 10.930,00 | 10.930,00 | 1.093,00 | 12.023,00 | | 12.023,00 |
| | JHV048CR | Pitted | | | | 10,00 | | | |

**Total Amount:**      **12.023,00**

**ALC0120**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Accessory Gearbox Assy - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 2044M69P02 | SEAL-AFT NO. 3 BRG AIR OIL ROT. | 1 EA | 3.604,00 | 3.604,00 | 360,40 | 3.964,40 | | 3.964,40 |
| | FML02184 | SB72-0278 | | | | 10,00 | | | |

**Total Amount:**           **3.964,40**

**ALC0121**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Externals - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 1846M61P02 | AFT ENGINE MOUNT SELF-LOCKING | 3 EA | 448,00 | 1.344,00 | 134,40 | 1.478,40 | | 1.478,40 |
| | | Run-down torque out of limits | | | | 10,00 | | | |
| 54 | 1846M61P02 | AFT ENGINE MOUNT SELF-LOCKING | 2 EA | 448,00 | 896,00 | 89,60 | 985,60 | | 985,60 |
| | | Run-down torque out of limits | | | | 10,00 | | | |
| 55 | 2486M79G01 | BRACKET-W3 AND W4 ELECTRICAL | 1 EA | 242,50 | 242,50 | 24,25 | 266,75 | | 266,75 |
| | | SB72-0200 | | | | 10,00 | | | |

**Total Amount:**          **2.730,75**

ALC0122

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**


**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Externals - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 2177M20G01 | TUBE-AIR - LPT COOLING | 1 EA | Inhouse | 391,00 | | 391,00 | | 391,00 |
| | | Weld repair | | | | | | | |

**Total Amount:**          **391,00**

**ALC0123**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**⊘ Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### CF34-10 Engine - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 57 | AS3485-10 | NUT | 2 EA | 14,00 | 28,00 | 10,00 | 2,80 | 30,80 |
| 58 | AS3486-10 | NUT | 3 EA | 37,50 | 112,50 | 10,00 | 11,25 | 123,75 |
| 59 | AS3580-4-18 | BOLT | 4 EA | 8,25 | 33,00 | 10,00 | 3,30 | 36,30 |
| 60 | J1215P17 | GASKET-SEAL | 1 EA | 61,00 | 61,00 | 10,00 | 6,10 | 67,10 |
| 61 | J1215P20 | GASKET-SEAL | 1 EA | 85,25 | 85,25 | 10,00 | 8,53 | 93,78 |
| 62 | J1411P04 | NUT | 14 EA | 19,25 | 269,50 | 10,00 | 26,95 | 296,45 |
| 63 | J1438P017 | PACKING | 1 EA | 19,25 | 19,25 | 10,00 | 1,93 | 21,18 |
| 64 | J1438P225 | PACKING-PREFORMED | 1 EA | 27,25 | 27,25 | 10,00 | 2,73 | 29,98 |
| 65 | J1438P904 | PACKING | 2 EA | 6,50 | 13,00 | 10,00 | 1,30 | 14,30 |
| 66 | J1438P905 | PACKING | 3 EA | 9,00 | 27,00 | 10,00 | 2,70 | 29,70 |
| 67 | J1438P910 | PACKING | 1 EA | 9,50 | 9,50 | 10,00 | 0,95 | 10,45 |
| 68 | J221P014 | PACKING | 1 EA | 0,72 | 0,72 | 10,00 | 0,07 | 0,79 |
| 69 | J221P206 | PACKING | 1 EA | 19,00 | 19,00 | 10,00 | 1,90 | 20,90 |
| 70 | J644P17A | BOLT | 1 EA | 9,00 | 9,00 | 10,00 | 0,90 | 9,90 |
| 71 | J952P11A | SCREW-MACH FLUSH HD TORX DRIVE | 2 EA | 24,50 | 49,00 | 10,00 | 4,90 | 53,90 |
| 72 | J952P11A | SCREW-MACH FLUSH HD TORX DRIVE | 3 EA | 24,50 | 73,50 | 10,00 | 7,35 | 80,85 |
| 73 | J952P12A | BOLT | 3 EA | 35,00 | 105,00 | 10,00 | 10,50 | 115,50 |
| 74 | M25988-1-904 | PACKING | 1 EA | 0,12 | 0,12 | 10,00 | 0,01 | 0,13 |
| 75 | M25988-1-908 | RING | 1 EA | 4,05 | 4,05 | 10,00 | 0,41 | 4,46 |
| 76 | M25988-4-243 | PACKING, PREFORMED | 1 EA | 29,00 | 29,00 | 10,00 | 2,90 | 31,90 |
| 77 | MS122908 | Bracket | 1 EA | 2,45 | 2,45 | 10,00 | 0,25 | 2,70 |
| 78 | MS27595-243 | RET. BACKUP | 2 EA | 5,25 | 10,50 | 10,00 | 1,05 | 11,55 |
| 79 | MS9245-68 | PIN, COTTER | 1 EA | 1,65 | 1,65 | 10,00 | 0,17 | 1,82 |
| 80 | MS9245-68 | PIN, COTTER | 4 EA | 1,65 | 6,60 | 10,00 | 0,66 | 7,26 |
| | | | | | | | carried forward | 1.095,45 |

**ALC0124**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Discount % | Discount USD | Subtotal USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | brought forward | | | 1.095,45 |
| 81 | MS9556-06 | BOLT | 20 EA | 2,90 | 58,00 | | | | 10,00 | 5,80 | 63,80 |
| 82 | MS9556-08 | BOLT | 2 EA | 4,60 | 9,20 | | | | 10,00 | 0,92 | 10,12 |
| 83 | MS9557-16 | BOLT | 2 EA | 4,15 | 8,30 | | | | 10,00 | 0,83 | 9,13 |
| 84 | 00S0081-904 | PACKING | 1 EA | 52,75 | 52,75 | | | | 10,00 | 5,28 | 58,03 |
| 85 | 00S0081-904 | PACKING | 1 EA | 52,75 | 52,75 | | | | 10,00 | 5,28 | 58,03 |
| 86 | 1444M99P03 | SEAL | 1 EA | 60,50 | 60,50 | | | | 10,00 | 6,05 | 66,55 |
| 87 | 1476M57P05 | SPACER | 1 EA | 13,75 | 13,75 | | | | 10,00 | 1,38 | 15,13 |
| 88 | 1963M80P07 | PACKING | 1 EA | 2,65 | 2,65 | | | | 10,00 | 0,27 | 2,92 |
| 89 | 1963M80P11 | PACKING-PREFORMED | 1 EA | 3,65 | 3,65 | | | | 10,00 | 0,37 | 4,02 |
| 90 | 1963M80P24 | PACKING-PREFORMED | 12 EA | 4,60 | 55,20 | | | | 10,00 | 5,52 | 60,72 |
| 91 | 1963M80P27 | PACKING-PREFORMED | 1 EA | 20,25 | 20,25 | | | | 10,00 | 2,03 | 22,28 |
| 92 | 1963M80P30 | PACKING-PREFORMED | 1 EA | 42,25 | 42,25 | | | | 10,00 | 4,23 | 46,48 |
| 93 | 2035M31P01 | SEAL | 1 EA | 833,00 | 833,00 | | | | 10,00 | 83,30 | 916,30 |
| 94 | 2043M66P02 | GASKET | 9 EA | 42,50 | 382,50 | | | | 10,00 | 38,25 | 420,75 |
| 95 | 2204M97P01 | METAL RING SEAL | 1 EA | 67,00 | 67,00 | | | | 10,00 | 6,70 | 73,70 |
| 96 | 2226M74P02 | SEAL RING | 1 EA | 3.804,00 | 3.804,00 | | | | 10,00 | 380,40 | 4.184,40 |
| 97 | 2227M35P01 | PACKING | 1 EA | 19,00 | 19,00 | | | | 10,00 | 1,90 | 20,90 |
| 98 | 2227M37P01 | SEAL, AIR DUCT | 12 EA | 29,50 | 354,00 | | | | 10,00 | 35,40 | 389,40 |
| 99 | 45P2631 | PACKING | 1 EA | 344,50 | 344,50 | | | | 10,00 | 34,45 | 378,95 |
| 100 | 45P2632 | PACKING | 1 EA | 39,50 | 39,50 | | | | 10,00 | 3,95 | 43,45 |
| 101 | 45P2633 | PACKING | 3 EA | 5,75 | 17,25 | | | | 10,00 | 1,73 | 18,98 |
| 102 | 45P2634 | PACKING | 1 EA | 57,00 | 57,00 | | | | 10,00 | 5,70 | 62,70 |
| 103 | AN960C416L | Washer: JT9D OR CFM ESNS | 2 EA | 0,18 | 0,36 | | | | 15,00 | 0,05 | 0,41 |
| 104 | C10-221LH | CABLE, SAFETY | 50 EA | 1,11 | 55,50 | | | | 15,00 | 8,33 | 63,83 |
| 105 | NAS1149C0432R | WASHER: JT9D ONLY | 1 EA | 6,80 | 6,80 | | | | 15,00 | 1,02 | 7,82 |

**Total Amount:**  **8.094,25**

ALC0125

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 106 | AS3486-10 | NUT | 2 EA | 37,50 | 75,00 | 10,00 | 7,50 | 82,50 |
| 107 | J1432P04 | CLAMP | 1 EA | 20,75 | 20,75 | 10,00 | 2,08 | 22,83 |
| 108 | J1438P012 | PACKING | 1 EA | 20,25 | 20,25 | 10,00 | 2,03 | 22,28 |
| 109 | J1438P014 | PACKING | 1 EA | 11,75 | 11,75 | 10,00 | 1,18 | 12,93 |
| 110 | J1438P037 | PACKING | 1 EA | 30,00 | 30,00 | 10,00 | 3,00 | 33,00 |
| 111 | J1438P904 | PACKING | 1 EA | 6,50 | 6,50 | 10,00 | 0,65 | 7,15 |
| 112 | J221P011 | PACKING | 1 EA | 0,75 | 0,75 | 10,00 | 0,08 | 0,83 |
| 113 | J644P24A | BOLT | 2 EA | 27,25 | 54,50 | 10,00 | 5,45 | 59,95 |
| 114 | J952P09A | SCREW | 12 EA | 134,75 | 1.617,00 | 10,00 | 161,70 | 1.778,70 |
| 115 | MS9557-10 | BOLT | 2 EA | 4,60 | 9,20 | 10,00 | 0,92 | 10,12 |
| 116 | 102A605P01 | PLATE, ENGINE DATA | 1 EA | 85,00 | 85,00 | 10,00 | 8,50 | 93,50 |
| 117 | 1963M80P14 | PACKING | 1 EA | 20,25 | 20,25 | 10,00 | 2,03 | 22,28 |
| 118 | 1963M80P26 | PACKING-PREFORMED | 8 EA | 6,50 | 52,00 | 10,00 | 5,20 | 57,20 |
| 119 | 4119T03P01 | LUBE FILTER ELEMENT | 1 EA | 872,00 | 872,00 | 10,00 | 87,20 | 959,20 |
| 120 | 45P2633 | PACKING | 1 EA | 5,75 | 5,75 | 10,00 | 0,58 | 6,33 |
| 121 | 45P2635 | PACKING | 1 EA | 190,25 | 190,25 | 10,00 | 19,03 | 209,28 |
| 122 | NAS1149C0432R | WASHER: JT9D ONLY | 2 EA | 6,80 | 13,60 | 15,00 | 2,04 | 15,64 |

**Total Amount:** **3.393,72**

ALC0126

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊗ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## LPT - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 123 | AS3251-08 | BOLT-MACH DBL HEX HD | 1 EA | 6,50 | 6,50 | 10,00 | 0,65 | 7,15 |
| 124 | J150P08 | NUT | 2 EA | 129,75 | 259,50 | 10,00 | 25,95 | 285,45 |
| 125 | J644P13A | BOLT | 1 EA | 5,75 | 5,75 | 10,00 | 0,58 | 6,33 |
| 126 | 2227M35P01 | PACKING | 1 EA | 19,00 | 19,00 | 10,00 | 1,90 | 20,90 |

**Total Amount:**     **319,83**

**ALC0127**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Accessory Gearbox Assy - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 127 | TA025059-14 | CLAMP | 1 EA | 47,25 | 47,25 | 10,00 | 4,73 | 51,98 |
| 128 | 1963M80P06 | PACKING-PREFORMED | 2 EA | 1,30 | 2,60 | 10,00 | 0,26 | 2,86 |
| 129 | 2230M38P05 | PACKING | 1 EA | 47,00 | 47,00 | 10,00 | 4,70 | 51,70 |
| 130 | 2230M38P07 | PACKING | 1 EA | 94,50 | 94,50 | 10,00 | 9,45 | 103,95 |

**Total Amount:**      **210,49**

ALC0128

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

**Externals - Material Consumption Small Parts**

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 131 | ACC468F2030 | FUEL FILTER ELEMENT | 1 EA | 1.214,00 | 1.214,00 | 10,00 | 121,40 | 1.335,40 |
| 132 | AN123164 | RIVET, SOLID, UNIVERSAL | 2 EA | 3,35 | 6,70 | 10,00 | 0,67 | 7,37 |
| 133 | AS5117-02 | CLIP | 1 EA | 41,75 | 41,75 | 10,00 | 4,18 | 45,93 |
| 134 | J1438P905 | PACKING | 1 EA | 9,00 | 9,00 | 10,00 | 0,90 | 9,90 |
| 135 | MS27595-243 | RET. BACKUP | 1 EA | 5,25 | 5,25 | 10,00 | 0,53 | 5,78 |
| 136 | 00S0081-904 | PACKING | 1 EA | 52,75 | 52,75 | 10,00 | 5,28 | 58,03 |
| 137 | 5034M66P01 | RIVET | 4 EA | 17,25 | 69,00 | 10,00 | 6,90 | 75,90 |

**Total Amount:**      **1.538,31**

ALC0129

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

**LRU's - Material Consumption Small Parts**

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 138 | AS1895-23-300 | SEAL | 1 EA | 74,57 | 74,57 | 10,00 | 7,46 | 82,03 |
| 139 | NAS1149C0463R | WASHER | 1 EA | 6,38 | 6,38 | 15,00 | 0,96 | 7,34 |

**Total Amount:**                89,37

**ALC0130**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**⊘ Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Test - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 140 | J644P13A | BOLT | 6 EA | 5,75 | 34,50 | 10,00 | 3,45 | 37,95 |
| 141 | 1963M80P44 | PACKING-PREFORMED | 1 EA | 34,50 | 34,50 | 10,00 | 3,45 | 37,95 |

**Total Amount:**      **75,90**

ALC0131

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Summary Sheet**

**Labour/Miscellaneous**



**Invoice No. 9130003916**          **Invoice Date 29.05.2015**

| LTAA Order: | 660003478 | Customer P/O: | I612100999 | Engine Model: | CF34-10E6 | Currency Rate: | 1,13575 |
| Workscope: | Repair | Customer P/O Date: | 28.01.2015 | Engine Serial No.: | 994120 | Currency: | USD |

| Engine Section | Fixed Price | Manhours | | Concession | Miscellaneous | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | EA | Total | | | |
| CF34-10 Engine | 78.350,00 | | | | | 78.350,00 |
| *Total Amount in USD* | 78.350,00 | | | | | 78.350,00 |

ALC0132

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

**Summary Sheet**

**Material**


Lufthansa Technik
AERO Alzey

## Invoice No. 9130003916          Invoice Date 29.05.2015

| LTAA Order: | 660003478 | Customer P/O: | I612100999 | Engine Model: | CF34-10E6 | Currency Rate: | 1,13575 |
|---|---|---|---|---|---|---|---|
| Workscope: | Repair | Customer P/O Date: | 28.01.2015 | Engine Serial No.: | 994120 | Currency: | USD |

| Engine Section | New | | | | Used | | | Repair | Exchange | Buy-Back | Cust. Mat. | Small Parts | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OEM | LLP | Non-OEM | Concession | OEM | LLP | Non-OEM | | | | | | |
| CF34-10 Engine | 11.336,60 | | | | | | | | | | | 8.094,25 | 19.430,85 |
| QEC | 1.551,00 | | | | | | | 78,00 | | | | | 1.629,00 |
| FAN | 9.163,00 | | | | | | | 8.850,19 | 3.096,90 | | | 3.393,72 | 24.503,81 |
| Core | 2.973,30 | | | | | | | | | | | | 2.973,30 |
| HPT | 887,70 | | | | | | | | | | | | 887,70 |
| LPT | 12.023,00 | | | | | | | | | | | 319,83 | 12.342,83 |
| Accessory Gearbox Assy | 3.964,40 | | | | | | | | | | | 210,49 | 4.174,89 |
| Externals | 2.730,75 | | | | | | | 391,00 | | | | 1.538,31 | 4.660,06 |
| LRU's | | | | | | | | | | | | 89,37 | 89,37 |
| Test | | | | | | | | | | | | 75,90 | 75,90 |
| *Total Amount in USD* | 44.629,75 | | | | | | | 9.319,19 | 3.096,90 | | | 13.721,87 | 70.767,71 |

ALC0133