

**COMMERCIAL INVOICE**

**(1) December 19th, 2014**

| | |
|---|---|
| **(2) ~~Seller/Exporter~~** (EIN#: 65-0733398)<br>LCI<br>6236 Hiatus Rd.<br>Tamarac FL 33321<br>954-722-5500 office<br>954-593-4714 cell | **(3) Invoice Reference**: 994120<br>**(4) Invoice Date**: 12/19/2014<br>**(5) Terms of Sale:** N/A  **(6) Terms of Payment:**<br>N/A **(7) Country of Origin**:  USA |
| **(10) Importer of Record**:<br>Lufthansa Technik Aero Alzey<br>Rudolf Diesel Str. 10<br>55234 Alzey<br>Germany<br><br>Marie Erfurt<br>Phone: +49-6731-497216<br>Fax: +49-6731-497316<br>m.erfurt@lhaero.com<br>or<br>Daniel Woehrle<br>Engine Lease Services & Support<br>Phone: +49 (0) 6731 497 271<br>Fax: +49 (0) 6731 497 199<br>d.woehrle@lhaero.com | **(8) Engine Line**: CF34-10E<br>**(9) ECCN/USML Number(s)**:  9A991<br>**(11)** E**xport Courier/Forwarder Name & Address**:<br>AGILITY LOGISTICS |
| **(12) Marks/Also Notify Information**: | **(13) Prepaid** ☐  **Collect** ☒  **Prepay & Charge** ☐<br>**(14) Destination Country**: Germany<br>**(15) Shipping Location**: LCI - Tamarac, FL<br>**(17) Contact**: Dispatcher **(18) Phone** 954-722-5500 |
| **(16) Intermediate Consignee:** | **(20) For Handcarried Export of**<br>**Technology/Hardware Provide**:<br>**U.S. Port of Export (City)**:<br>**Carrier**:                              **Flight Date**: |

| **(21) Description of Hardware/Technology for Export (Include Nomenclature, Quantities, GE P/Ns, Schedule B#'s, etc.)** | **(22) Unit/Lot Price** | **(23) Price/Value For Customs Purposes** |
|---|---|---|
| 1.  CF34  Commercial Jet Engine ESN 994120<br>H.T.S. 8411.12.4010 – Turbojet Aircraft Engines, Of A Thrust Exceeding 25 KN | $ 5,700,000.00 | $ 5,700,000.00 |
| 2. Engine Transportation Stand – 124/142<br>H.T.S. 8716.39.0090 - Trailers And Semi-trailers, Nesoi, For Transport Of Goods<br>Non DOT - Not motorized, not intended for use on roadways<br><br>Dims : 160"Lx91"Wx75"H    Inches | $ 25,000.00 | $ 25,000.00 |

**(24) TOTAL PACKAGES**: 1  **(25) TOTAL WEIGHT**:  2930 kgs  **(26) TOTAL VALUE** $ 5,725,000.00 USD
(☐) Additional attachments  (☐) Packing list(s) with weights and dimensions attached

---

**(27) Destination Control Statement**

(x)  These commodities, technology or software were exported from the United States to Destination __Germany___  in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.

(☐)  These commodities/technologies are authorized by the U.S. Government for export only to
for use by ___. They may not be transferred, transshipped on a non-continuous voyage, or otherwise disposed of in any other country either in their original form or after being incorporated into other end-items, without the prior written approval of the U.S. Department of State.

**(28)** Certified True and Correct:
**Authorized Signature** _____  (**Note**:  Not a Billing Invoice)

ALC0044