

## Lufthansa Technik
### AERO Alzey

Lufthansa Technik AERO Alzey GmbH
Rudolf-Diesel-Straße 10, 55232 Alzey, Germany

**GE Capital Aviation Services LLC**
GECAS-US , ACS of Spain
Sector Baricentro
Edificio Cristal
E-08210 BARBERA DEL VALLES

Company Contact:
Phone:       +49 (0) 6731 497-0
Fax:         +49 (0) 6731 497-197
Email:       lhaero@lhaero.com

VAT-Registration No: DE148273054

Contact Person Operation:
Marie Erfurt
Phone:       +496731497216
Email:       m.erfurt@lhaero.com

Bank:
USD Payments
Deutsche Bank AG -- Branch Frankfurt
Account No. 205601800
SWIFT: DEUTDEFFXXX
IBAN: DE79600700100205601800

Contact Person Invoicing:
Sophia Pick
Phone:       +496731497430
Email:       sophia.pick@lhaero.com

| LTAA Order | Customer No. | Invoice Date |
|---|---|---|
| 660003478 | 100598 | 29.05.2015 |

### Invoice No. 9130003916                                        Original

| | | |
|---|---|---|
| Date of services rendered: | 20.03.2015 | |
| Customer VAT-Reg.-No.: | IE8205625E | **Received on** |
| Customer Order: | I612100999 | **0 2 JUN. 2015** |
| Customer Order Date: | 28.01.2015 | **Mailroom** |

Work performed:
Inspection and Repair performed due to transportation with non Air-Ride truck, Modification and Testrun

| Item | Description | | | Amount |
|---|---|---|---|---|
| 1000 | Engine Repair & Overhaul  CF34-10 | | USD | 149.117,71 (D4) |
| | Engine Model: CF34-10E6      ESN:      994120 | | | |

| | | | |
|---|---|---|---|
| **Net Amount** | | USD | 149.117,71 |
| Output Tax  19,0% (D4) on  149.117,71 | | USD | 28.332,36 |
| **Total Amount** | | USD | 177.450,07 |

Please arrange payment 14 days after document date without deduction.

Please note: In order to comply with FAA and EASA Requirements we will not return any unserviceable material (scrap material) unless it is specified on your purchase order. We will hold your unserviceable material for a maximum of 30 days post shipment date. If no response is received, we will dispose the unserviceable material locally.

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**⦵ Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Labour

| Item No. | Description / Remarks | Engine Section | Qty /Unit | Sales Price EA USD | Sales Price Total USD | Warranty USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|
| 1 | FP Routine Labour Including the workscope as per proposal and the technical documentation | CF34-10 Engine | 1 EA | 55.000,00 | 55.000,00 | | 55.000,00 |
| 2 | FP Preparation to Ship Preparation to Ship | CF34-10 Engine | 1 EA | 1.350,00 | 1.350,00 | | 1.350,00 |
| 3 | FP Testrun including fuel & oil Fixed price testrun | CF34-10 Engine | 1 EA | 22.000,00 | 22.000,00 | | 22.000,00 |

**Total Amount:** 78.350,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### CF34-10 Engine - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty /Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 2071M84G01 | RING-EXTENSION - LOWER | 1 EA | 4.017,00 | 4.017,00 | 401,70 | 4.418,70 | | 4.418,70 |
| | | Coating damaged | | | | 10,00 | | | |
| 5 | 2072M32G04 | ACOUSTIC PANEL-FAN STATOR AFT OUTER | 1 EA | 6.289,00 | 6.289,00 | 628,90 | 6.917,90 | | 6.917,90 |
| | | Broken, fractured | | | | 10,00 | | | |

**Total Amount:** 11.336,60

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**⊘ Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 690003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## QEC - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 6 | AS1895-1-300 | COUPLING | 1 EA | 862,00 | 862,00 | 86,20 | 948,20 | | 948,20 |
| | | Thread damaged | | | | 10,00 | | | |
| 7 | 2486M78G01 | BRACKET-ELECTRICAL - W4 | 1 EA | 548,00 | 548,00 | 54,80 | 602,80 | | 602,80 |
| | 5B72-0200 | | | | | 10,00 | | | |

**Total Amount:**      1,551,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

⊘ **Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## QEC - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 8 | AS1895-1-300 | COUPLING | 2 EA | Inhouse | 52,00 | | 52,00 | | 52,00 |
| | | Dry Film Lubricant | | | | | | | |
| 9 | AS1895-4-300 | COUPLING | 1 EA | Inhouse | 26,00 | | 26,00 | | 26,00 |
| | | Dry Film Lubricant | | | | | | | |

**Total Amount:** 78,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

Lufthansa Technik
AERO Alzey

Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 10 | B1316-04154 | MANIFOLD-OIL | 1 EA | 3.037,00 | 3.037,00 | 303,70 | 3.340,70 | | 3.340,70 |
| | | Replaced i.a.w. SB72-0267 | | | | 10,00 | | | |
| 11 | B1316-04156 | NOZZLE NO.2 BRG | 1 EA | 1.462,00 | 1.462,00 | 146,20 | 1.608,20 | | 1.608,20 |
| | | Replaced i.a.w. SB72-0267 | | | | 10,00 | | | |
| 12 | 205GM38P02 | SHIM, STG 1 FAN ROTOR BLADE | 4 EA | 491,25 | 1.965,00 | 196,50 | 2.161,50 | | 2.161,50 |
| | | Coating chipped | | | | 10,00 | | | |
| 13 | 2290M62G01 | BRACKET-WIRING W3 | 1 EA | 1.866,00 | 1.866,00 | 186,60 | 2.052,60 | | 2.052,60 |
| | | Thread damage, missing nut, bent | | | | 10,00 | | | |

**Total Amount:** 9.163,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**⊘ Lufthansa Technik**
AERO Alzey

Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Engine S/N | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2032M97G02 | OGV FAN STATOR VANE<br>Metal L/E replacement | 1 EA | Subcon | 859,51 | | | 859,51 | | 859,51 |
| 15 | 2032M97G02 | OGV FAN STATOR VANE<br>Metal L/E replacement | 1 EA | Subcon | 859,52 | | | 859,52 | | 859,52 |
| 16 | 2050M38P02 | SHIM, STG 1 FAN ROTOR BLADE<br>Lubricant application | 20 EA | Inhouse | 520,00 | | | 520,00 | | 520,00 |
| 17 | 2050M62P03 | SPACER<br>Lubricant application | 4 EA | Inhouse | 104,00 | | | 104,00 | | 104,00 |
| 18 | 2050M62P03 | SPACER<br>Lubricant application | 20 EA | Inhouse | 520,00 | | | 520,00 | | 520,00 |
| 19 | 2050M62P03 | SPACER<br>Stripping, NDT, Shot Peening, Thermal Spraying and Painting | 4 EA | Subcon | 919,96 | | 55,20<br>6,00 | 975,16 | | 975,16 |
| 20 | 2070M18G02<br>DED65029 | CASE-AFT FAN<br>Coating Replacement and Corrosion Repair | 1 EA | Inhouse | 150,00 | | | 150,00 | | 150,00 |
| 21 | 2225M27P02<br>JHV601HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | 184,00 | | 184,00 |
| 22 | 2225M27P02<br>JHV031HB | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | 184,00 | | 184,00 |
| 23 | 2225M27P02<br>JHV882HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | 184,00 | | 184,00 |
| 24 | 2225M27P02<br>JHV983HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | 184,00 | | 184,00 |
| 25 | 2225M27P02<br>JHV873HA | BLADE, FAN ROTOR STG. 1<br>Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | 184,00 | | 184,00 |
| | | | | | | | carried forward | | | 4.908,19 |

GE Capital Aviation Services LLC
GECAS-US., ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Discount USD / Discount % | Subtotal USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | brought forward | 4,906,19 |
| 26 | 2225M27P02 / JJW636HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 27 | 2225M27P02 / JJW806HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 28 | 2225M27P02 / JJV797HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 29 | 2225M27P02 / JJW631HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 30 | 2225M27P02 / JJV798HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 31 | 2225M27P02 / JJW525HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 32 | 2225M27P02 / JJV924HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 33 | 2225M27P02 / JJV0562HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 34 | 2225M27P02 / JJW532HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 35 | 2225M27P02 / JJW995HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 36 | 2225M27P02 / JJV799HA | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 37 | 2225M27P02 / JJW025HB | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 38 | 2225M27P02 / JJV562KB | BLADE, FAN ROTOR STG. 1 / Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| | | | | | | | | | | carried forward | 7,390,19 |

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

Invoice

| Invoice No. 9130003916 | Invoice Date 29.05.2015 | LTAA Order 660003478 | Customer P/O 612100999 | Engine Model CF34-10E6 | Engine S/N 994120 | Currency Rate 1,1357/5 | Currency USD |
|---|---|---|---|---|---|---|---|

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Discount USD / Discount % | Subtotal USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | brought forward | 7.290,19 |
| 39 | 2225M27P02 JHV501HU | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 40 | 2225M27P02 JHV871HA | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 41 | 2225M27P02 JHV536HA | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 42 | 2225M27P02 JHV609HA | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 43 | 2225M27P02 JHV607HA | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 44 | 2225M27P02 JHV009HB | BLADE, FAN ROTOR STG.1 Dry Film Lubricant | 1 EA | Inhouse | 184,00 | | | | 184,00 | | 184,00 |
| 45 | 2291M24G01 | TUBE-AIR - PRESS. modification i.a.w. SB72-0249 | 1 EA | Inhouse | 446,00 | | | | 446,00 | | 446,00 |

**Total Amount:** 8.850,19

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## FAN - Exchange of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Exch. Fee USD / Exch. Fee % | ValueComp. USD / ValueComp. % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 46 | 2032M97G02 | OGV FAN STATOR VANE | 1 EA | 6.867,00 | 6.867,00 | 1.030,05 | | 1.030,05 |
| | | | | | | 15,00 | | |
| 47 | 2032M97G02 | OGV FAN STATOR VANE | 1 EA | 6.867,00 | 6.867,00 | 1.030,05 | | 1.030,05 |
| | | | | | | 15,00 | | |
| 48 | 2050M62P03 | SPACER | 4 EA | 1.728,00 | 6.912,00 | 1.036,80 | | 1.036,80 |
| | | | | | | 15,00 | | |

**Total Amount:** 3.096,90

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

Invoice

⊘ Lufthansa Technik
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Core - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 2044M77P01 | RETAINING RING | 1 EA | 2.703,00 | 2.703,00 | 270,30 | 2.973,30 | | 2.973,30 |
| | | Dimension out of limits | | | | 10,00 | | | |

**Total Amount:** **2.973,30**

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**⊘ Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 612100989 | CF34-10E6 | 994120 | 1,13575 | USD |

### HPT - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 9125M42P05 | RING-SEAL - AIR DUCT | 1 EA | 807,00 | 807,00 | 80,70 | 807,70 | | 887,70 |
| | | Worn | | | | 10,00 | | | |

**Total Amount:** 887,70

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## LPT - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 51 | 2226M51P04 | BRG-ROLLER CYLINDRICAL NO.5 | 1 EA | 10.930,00 | 10.930,00 | 1.093,00 | 12.023,00 | | 12.023,00 |
| | JHW48CR | Pitted | | | | 10,00 | | | |

**Total Amount:** 12.023,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

⊘ **Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### Accessory Gearbox Assy - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 2044M66P02 | SEAL-AFT NO. 3 BRG AIR OIL ROT. | 1 EA | 3.604,00 | 3.604,00 | 360,40 | 3.964,40 | | 3.964,40 |
| | FMU02184 | SB72-0278 | | | | 10,00 | | | |

**Total Amount:**        3.964,40

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

⊘ **Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Externals - Material Consumption (excl. LLP) - New - OEM

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 1846M61P02 | AFT ENGINE MOUNT SELF-LOCKING | 3 EA | 448,00 | 1.344,00 | 134,40 | 1.478,40 | | 1.478,40 |
| | | Run-down torque out of limits | | | | 10,00 | | | |
| 54 | 1846M61P02 | AFT ENGINE MOUNT SELF-LOCKING | 2 EA | 448,00 | 896,00 | 89,60 | 985,60 | | 985,60 |
| | | Run-down torque out of limits | | | | 10,00 | | | |
| 55 | 2486M79G01 | BRACKET-W3 AND W4 ELECTRICAL | 1 EA | 242,50 | 242,50 | 24,25 | 266,75 | | 266,75 |
| | S872-0200 | | | | | 10,00 | | | |

**Total Amount:** 2.730,75

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Externals - Repair of Parts

| Item No. | Part Number / Serial Number | Description / Remarks | Qty / Unit | Inhouse / Subcon | Repair Price USD | Handl.Fee USD / Handl.Fee % | Sales Price USD | Warranty USD / Warranty % | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 2177M20G01 | TUBE-AIR - LPT COOLING | 1 EA | Inhouse | 391,00 | | 391,00 | | 391,00 |
| | | Weld repair | | | | | | | |

**Total Amount:**      391,00

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Invoice**

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## CF34-10 Engine - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 57 | A53485-10 | NUT | 2 EA | 14,00 | 28,00 | 10,00 | 2,80 | 30,80 |
| 58 | A53486-10 | NUT | 3 EA | 37,50 | 112,50 | 10,00 | 11,25 | 123,75 |
| 59 | A53590-4-18 | BOLT | 4 EA | 8,25 | 33,00 | 10,00 | 3,30 | 36,30 |
| 60 | J1215P17 | GASKET-SEAL | 1 EA | 61,00 | 61,00 | 10,00 | 6,10 | 67,10 |
| 61 | J1215P20 | GASKET-SEAL | 1 EA | 85,25 | 85,25 | 10,00 | 8,53 | 93,78 |
| 62 | J1411P04 | NUT | 14 EA | 19,25 | 269,50 | 10,00 | 26,95 | 296,45 |
| 63 | J1438P017 | PACKING | 1 EA | 19,25 | 19,25 | 10,00 | 1,93 | 21,18 |
| 64 | J1438P225 | PACKING-PREFORMED | 1 EA | 27,25 | 27,25 | 10,00 | 2,73 | 29,98 |
| 65 | J1438P904 | PACKING | 2 EA | 6,50 | 13,00 | 10,00 | 1,30 | 14,30 |
| 66 | J1438P905 | PACKING | 3 EA | 9,00 | 27,00 | 10,00 | 2,70 | 29,70 |
| 67 | J1438P910 | PACKING | 1 EA | 9,50 | 9,50 | 10,00 | 0,95 | 10,45 |
| 68 | J221P014 | PACKING | 1 EA | 0,72 | 0,72 | 10,00 | 0,07 | 0,79 |
| 69 | J221P206 | PACKING | 1 EA | 19,00 | 19,00 | 10,00 | 1,90 | 20,90 |
| 70 | J644P17A | BOLT | 1 EA | 9,00 | 9,00 | 10,00 | 0,90 | 9,90 |
| 71 | J952P11A | SCREW-MACH FLUSH HD TORX DRIVE | 2 EA | 24,50 | 49,00 | 10,00 | 4,90 | 53,90 |
| 72 | J952P11A | SCREW-MACH FLUSH HD TORX DRIVE | 3 EA | 24,50 | 73,50 | 10,00 | 7,35 | 80,85 |
| 73 | J952P12A | BOLT | 3 EA | 35,00 | 105,00 | 10,00 | 10,50 | 115,50 |
| 74 | M25988-1-904 | PACKING | 1 EA | 0,12 | 0,12 | 10,00 | 0,01 | 0,13 |
| 75 | M25988-1-908 | RING | 1 EA | 4,05 | 4,05 | 10,00 | 0,41 | 4,46 |
| 76 | M25988-4-243 | PACKING, PREFORMED | 1 EA | 29,00 | 29,00 | 10,00 | 2,90 | 31,90 |
| 77 | M5122908 | Bracket | 1 EA | 2,45 | 2,45 | 10,00 | 0,25 | 2,70 |
| 78 | M527595-243 | RET. BACKUP | 2 EA | 5,25 | 10,50 | 10,00 | 1,05 | 11,55 |
| 79 | M59245-68 | PIN, COTTER | 1 EA | 1,65 | 1,65 | 10,00 | 0,17 | 1,82 |
| 80 | M59245-68 | PIN, COTTER | 4 EA | 1,65 | 6,60 | 10,00 | 0,66 | 7,26 |
| | | | | | | carried forward | | 1.095,45 |

Page 16 of 23

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Discount % | Discount USD | Subtotal USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | brought forward | 1.095,45 |
| 81 | M59556-06 | BOLT | 20 EA | 2,90 | 58,00 | | | | 10,00 | 5,80 | 63,80 |
| 82 | M59556-08 | BOLT | 2 EA | 4,60 | 9,20 | | | | 10,00 | 0,92 | 10,12 |
| 83 | M59557-16 | BOLT | 2 EA | 4,15 | 8,30 | | | | 10,00 | 0,83 | 9,13 |
| 84 | 00S0081-904 | PACKING | 1 EA | 52,75 | 52,75 | | | | 10,00 | 5,28 | 58,03 |
| 85 | 00S0081-904 | PACKING | 1 EA | 52,75 | 52,75 | | | | 10,00 | 5,28 | 58,03 |
| 86 | 1444M99P03 | SEAL | 1 EA | 60,50 | 60,50 | | | | 10,00 | 6,05 | 66,55 |
| 87 | 1476M57P05 | SPACER | 1 EA | 13,75 | 13,75 | | | | 10,00 | 1,38 | 15,13 |
| 88 | 1963M96P07 | PACKING | 1 EA | 2,65 | 2,65 | | | | 10,00 | 0,27 | 2,92 |
| 89 | 1963M80P11 | PACKING-PREFORMED | 1 EA | 3,65 | 3,65 | | | | 10,00 | 0,37 | 4,02 |
| 90 | 1963M80P24 | PACKING-PREFORMED | 12 EA | 4,60 | 55,20 | | | | 10,00 | 5,52 | 60,72 |
| 91 | 1963M80P27 | PACKING-PREFORMED | 1 EA | 20,25 | 20,25 | | | | 10,00 | 2,03 | 22,28 |
| 92 | 1963M80P30 | PACKING-PREFORMED | 1 EA | 42,25 | 42,25 | | | | 10,00 | 4,23 | 46,48 |
| 93 | 2035M31P01 | SEAL | 1 EA | 833,00 | 833,00 | | | | 10,00 | 83,30 | 916,30 |
| 94 | 2043M66P02 | GASKET | 9 EA | 42,50 | 382,50 | | | | 10,00 | 38,25 | 420,75 |
| 95 | 2204M97P01 | METAL RING SEAL | 1 EA | 67,00 | 67,00 | | | | 10,00 | 6,70 | 73,70 |
| 96 | 2226M74P02 | SEAL RING | 1 EA | 3.804,00 | 3.804,00 | | | | 10,00 | 380,40 | 4.184,40 |
| 97 | 2227M35P01 | PACKING | 1 EA | 19,00 | 19,00 | | | | 10,00 | 1,90 | 20,90 |
| 98 | 2227M37P01 | SEAL,AIR DUCT | 12 EA | 29,50 | 354,00 | | | | 10,00 | 35,40 | 389,40 |
| 99 | 45P2631 | PACKING | 1 EA | 344,50 | 344,50 | | | | 10,00 | 34,45 | 378,95 |
| 100 | 45P2632 | PACKING | 1 EA | 39,50 | 39,50 | | | | 10,00 | 3,95 | 43,45 |
| 101 | 45P2633 | PACKING | 3 EA | 5,75 | 17,25 | | | | 10,00 | 1,73 | 18,98 |
| 102 | 45P2634 | PACKING | 1 EA | 57,00 | 57,00 | | | | 10,00 | 5,70 | 62,70 |
| 103 | AN960C416L | Washer,IT90 OR CFM ESNS | 2 EA | 0,18 | 0,36 | | | | 15,00 | 0,05 | 0,41 |
| 104 | C10-221UH | CABLE SAFETY | 50 EA | 1,11 | 55,50 | | | | 15,00 | 8,33 | 63,83 |
| 105 | NAS1149C0432R | WASHER,IT90 ONLY | 1 EA | 6,80 | 6,80 | | | | 15,00 | 1,02 | 7,82 |

Total Amount: 8.094,25

GE Capital Aviation Services LLC
GECAS-US., ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

### FAN - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 106 | A53486-10 | NUT | 2 EA | 37,50 | 75,00 | 10,00 | 7,50 | 82,50 |
| 107 | J1432P04 | CLAMP | 1 EA | 20,75 | 20,75 | 10,00 | 2,08 | 22,83 |
| 108 | J1438P012 | PACKING | 1 EA | 20,25 | 20,25 | 10,00 | 2,03 | 22,28 |
| 109 | J1438P014 | PACKING | 1 EA | 11,75 | 11,75 | 10,00 | 1,18 | 12,93 |
| 110 | J1438P037 | PACKING | 1 EA | 30,00 | 30,00 | 10,00 | 3,00 | 33,00 |
| 111 | J1438P904 | PACKING | 1 EA | 6,50 | 6,50 | 10,00 | 0,65 | 7,15 |
| 112 | J221P011 | PACKING | 1 EA | 0,75 | 0,75 | 10,00 | 0,08 | 0,83 |
| 113 | J644P24A | BOLT | 2 EA | 27,25 | 54,50 | 10,00 | 5,45 | 59,95 |
| 114 | J952P09A | SCREW | 12 EA | 134,75 | 1.617,00 | 10,00 | 161,70 | 1.778,70 |
| 115 | M59557-10 | BOLT | 2 EA | 4,60 | 9,20 | 10,00 | 0,92 | 10,12 |
| 116 | 102A605P01 | PLATE, ENGINE DATA | 1 EA | 85,00 | 85,00 | 10,00 | 8,50 | 93,50 |
| 117 | 1963M80P14 | PACKING | 1 EA | 20,25 | 20,25 | 10,00 | 2,03 | 22,28 |
| 118 | 1963M80P26 | PACKING-PREFORMED | 8 EA | 6,50 | 52,00 | 10,00 | 5,20 | 57,20 |
| 119 | 4119T03P01 | LUBE FILTER ELEMENT | 1 EA | 872,00 | 872,00 | 10,00 | 87,20 | 959,20 |
| 120 | 45P2633 | PACKING | 1 EA | 5,75 | 5,75 | 10,00 | 0,58 | 6,33 |
| 121 | 45P2635 | PACKING | 1 EA | 190,25 | 190,25 | 10,00 | 19,03 | 209,28 |
| 122 | NAS1149C0432R | WASHER,.T90 ONLY | 2 EA | 6,80 | 13,60 | 15,00 | 2,04 | 15,64 |

**Total Amount:** 3.393,72

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

Invoice

⊘ **Lufthansa Technik**
AERO Alzey

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## LPT - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty /Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 123 | A53251-08 | BOLT-MACH DBL HEX HD | 1 EA | 6,50 | 6,50 | 10,00 | 0,65 | 7,15 |
| 124 | J150P08 | NUT | 2 EA | 129,75 | 259,50 | 10,00 | 25,95 | 285,45 |
| 125 | J644P13A | BOLT | 1 EA | 5,75 | 5,75 | 10,00 | 0,58 | 6,33 |
| 126 | 2227M35P01 | PACKING | 1 EA | 19,00 | 19,00 | 10,00 | 1,90 | 20,90 |

Total Amount: 319,83

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**⊘ Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Accessory Gearbox Assy - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 127 | TA02S059-14 | CLAMP | 1 EA | 47,25 | 47,25 | 10,00 | 4,73 | 51,98 |
| 128 | 1963M80P06 | PACKING-PREFORMED | 2 EA | 1,30 | 2,60 | 10,00 | 0,26 | 2,86 |
| 129 | 2230M38P05 | PACKING | 1 EA | 47,00 | 47,00 | 10,00 | 4,70 | 51,70 |
| 130 | 2230M38P07 | PACKING | 1 EA | 94,50 | 94,50 | 10,00 | 9,45 | 103,95 |

**Total Amount:** 210,49

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

⊘ **Lufthansa Technik**
AERO Alzey

**Invoice**

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | 1612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

**Externals - Material Consumption Small Parts**

| Item No. | Part Number | Description | Qty /Unit | List Price EA USD | List Price Total USD | Handl. Fee % | Handl. Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 131 | ACC466F2030 | FUEL FILTER ELEMENT | 1 EA | 1.214,00 | 1.214,00 | 10,00 | 121,40 | 1.335,40 |
| 132 | AN123164 | RIVET, SOLID, UNIVERSAL | 2 EA | 3,35 | 6,70 | 10,00 | 0,67 | 7,37 |
| 133 | AS5117-02 | CLIP | 1 EA | 41,75 | 41,75 | 10,00 | 4,18 | 45,93 |
| 134 | J1438P905 | PACKING | 1 EA | 9,00 | 9,00 | 10,00 | 0,90 | 9,90 |
| 135 | MS27595-243 | RET. BACKUP | 1 EA | 5,25 | 5,25 | 10,00 | 0,53 | 5,78 |
| 136 | 0050081-904 | PACKING | 1 EA | 52,75 | 52,75 | 10,00 | 5,28 | 58,03 |
| 137 | 5034M66P01 | RIVET | 4 EA | 17,25 | 69,00 | 10,00 | 6,90 | 75,90 |

**Total Amount:** 1.538,31

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

Ⓛ Lufthansa Technik
AERO Alzey

Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## LRU's - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee % | Handl.Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 138 | AS1895-23-300 | SEAL | 1 EA | 74,57 | 74,57 | 10,00 | 7,46 | 82,03 |
| 139 | NAS1149C0463R | WASHER | 1 EA | 6,38 | 6,38 | 15,00 | 0,96 | 7,34 |

Total Amount: 89,37

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

⊙ **Lufthansa Technik**
AERO Alzey

## Invoice

| Invoice No. | Invoice Date | LTAA Order | Customer P/O | Engine Model | Engine S/N | Currency Rate | Currency |
|---|---|---|---|---|---|---|---|
| 9130003916 | 29.05.2015 | 660003478 | I612100999 | CF34-10E6 | 994120 | 1,13575 | USD |

## Test - Material Consumption Small Parts

| Item No. | Part Number | Description | Qty / Unit | List Price EA USD | List Price Total USD | Handl.Fee % | Handl.Fee USD | Customer Liability USD |
|---|---|---|---|---|---|---|---|---|
| 140 | J644P13A | BOLT | 6 EA | 5,75 | 34,50 | 10,00 | 3,45 | 37,95 |
| 141 | 1963M80P44 | PACKING-PREFORMED | 1 EA | 34,50 | 34,50 | 10,00 | 3,45 | 37,95 |

**Total Amount:**           75,90

GE Capital Aviation Services LLC
GECAS-US, ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

**Ⓨ Lufthansa Technik**
AERO Alzey

## Invoice
## Summary Sheet
## Labour/Miscellaneous

### Invoice No. 9130003916

### Invoice Date 29.05.2015

| LTAA Order: | 660003478 | Customer P/O: | I612100989 | Engine Model: | CF34-10E6 | Currency Rate: | 1,13575 |
|---|---|---|---|---|---|---|---|
| Workscope: | Repair | Customer P/O Date: | 28.01.2015 | Engine Serial No.: | 994120 | Currency: | USD |

| Engine Section | Fixed Price | Manhours | | Concession | Miscellaneous | Total |
|---|---|---|---|---|---|---|
| | | EA | Total | | | |
| CF34-10 Engine | 78.350,00 | | | | | 78.350,00 |
| *Total Amount in USD* | 78.350,00 | | | | | 78.350,00 |

GE Capital Aviation Services LLC
GECAS-US , ACS of Spain
Edificio Cristal
E-08210 BARBERA DEL VALLES

Ⓨ **Lufthansa Technik**
AERO Alzey

## Invoice
## Summary Sheet
## Material

**Invoice No. 9130003916**         **Invoice Date 29.05.2015**

| LTAA Order: | 660003478 | Customer P/O: | I612100099 | Engine Model: | CF34-10E6 | Currency Rate: | 1,13575 |
|---|---|---|---|---|---|---|---|
| Workscope: | Repair | Customer P/O Date: | 28.01.2015 | Engine Serial No.: | 994120 | Currency: | USD |

| Engine Section | New | | | | Used | | | Repair | Exchange | Buy-Back | Cust. Mat. | Small Parts | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OEM | LLP | Non-OEM | Concession | OEM | LLP | Non-OEM | | | | | | |
| CF34-10 Engine | 11.336,60 | | | | | | | | | | | 8.094,25 | 19.430,85 |
| OEC | 1.651,00 | | | | | | | 78,00 | | | | | 1.629,00 |
| FAN | 9.163,00 | | | | | | | 8.950,19 | 3.096,90 | | | 3.393,72 | 24.503,81 |
| Core | 2.973,30 | | | | | | | | | | | | 2.973,30 |
| HPT | 887,70 | | | | | | | | | | | | 887,70 |
| LPT | 12.023,00 | | | | | | | | | | | 319,83 | 12.342,83 |
| Accessory Gearbox Assy | 3.964,40 | | | | | | | | | | | 210,49 | 4.174,89 |
| Externals | 2.730,75 | | | | | | | 391,00 | | | | 1.538,31 | 4.660,06 |
| LRUs | | | | | | | | | | | | 89,37 | 89,37 |
| Test | | | | | | | | | | | | 75,90 | 75,90 |
| **Total Amount in USD** | 44.629,75 | | | | | | | 9.319,19 | 3.096,90 | | | 13.721,87 | 70.767,71 |