# Purchase Orders

**GECAS Application Center**
TMS v1.8

| | |
|---|---|
| **TMS** | |
| My TMS | |
| Search | |
| General | |
| Administration | |
| References | |

| | |
|---|---|
| **Application Center** | |
| Applications | |
| Asset Search | |
| Frequently Used Applications | |
| Technical Management System | |
| Valuations | |

You are here: Budget Analysis...Purchase Orders...Invoices...Purchase Orders

TMS Project Links: Summary...Signoff...Team...Tasks...Budget...Assets...Engines...History...Events...Funds...Spec Assign

Useful Links: Asset Warnings

**GEEL PLB Asset**
**Allowed to moveup to thrust 10E7,while in Short Term Pool if capable**
**Asset has been returned to the Care, Custody and control of the owner prior to ReDelivery**

| ID | Description | Type |
|---|---|---|
| 109739 | 994120-CF34-029 GEEL Repair | PROJECT |

**Purchase Order Details**

| Task | PO Number | Vendor | Site | Buyer | Approved | Closed | Curr | Order Val | Invoice Val | Bal | Unapp Inv |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Storage & Maintenance | I612100999 | LUFTHANSA A.E.R.O GMBH | ALZEY101 | Fitzpatrick, Michael | 26-Feb-2016 | 01-Apr-2016 | USD | 149,117.71 | 149,117.71 | 0.00 | |

| Download | Analysis | View Invoices | PO Request | All Requests |